# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANNE ALEXANDER,         ) | 3:06-CV-0444-ECR (RAM) |
|                         ) | |
|   Plaintiff,            ) | **ORDER** |
|                         ) | |
|   vs.                   ) | |
|                         ) | |
| JO ANN BARNHART,        ) | |
| Commissioner of Social Security, ) | |
|                         ) | |
|   Defendant.            ) | |

Plaintiff has filed an Application to Proceed *In Forma Pauperis* (Doc. #1). In reviewing the request, the court finds that it does not have sufficient financial information to rule on the application.

**IT IS HEREBY ORDERED** that Plaintiff file an Affidavit with this court providing the following information:

1. The sources and amounts of all income for the preceding twelve (12) months including that from unemployment compensation or worker's compensation, if any;
2. Plaintiff's place of employment;
3. Plaintiff's marital status and, if married, the place of employment and income of her spouse;
4. Dependents, if any, and their relationship to Plaintiff;
5. Plaintiff's living expenses per month;
6. Amounts owed and monthly payments, if any; and
7. Any and all other assets and liabilities, including real property, jewelry, automobile and the like.

///

Plaintiff is to file the Affidavit with the Clerk of the Court on or before **4:00 P.M. on FRIDAY, SEPTEMBER 8, 2006.**

DATED: August 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2