```
                      UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
                             RENO, NEVADA
```

| | | |
|---|---|---|
| ANNE ALEXANDER, | ) | 3:06-CV-00444-ECR-RAM |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: SEPTEMBER 24, 2008 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

PRESENT:   EDWARD C. REED, JR.                         U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN          Reporter:   NONE APPEARING
Counsel for Plaintiff(s)               NONE APPEARING

Counsel for Defendant(s)               NONE APPEARING
MINUTE ORDER IN CHAMBERS

    On September 5, 2008, the Magistrate Judge filed an Amended Report and Recommendation (#26) recommending that Defendant's Motion to Dismiss (#22) be granted.

    The Magistrate Judge's Report and Recommendation (#26) is well taken. **IT IS HEREBY ORDERED** that the Report and Recommendation (#26) is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendant's Motion to Dismiss (#22) is **GRANTED**.

    The Clerk shall enter judgment accordingly.

    The Plaintiff has simply failed to carry the case forward.  She received reasonable directions as to what she had to do.  Plaintiff has demonstrated her ability to pursue the case.  There is no right to appointment of counsel in a case of this sort.

    LANCE S. WILSON, CLERK

    By      /s/
        Deputy Clerk